UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| State of Mississippi, *Plaintiff*, v. Optum, Inc., *et al*. *Defendants*. | Case No. 3:24-cv-718-KHJ-MTP **ORAL ARGUMENT REQUESTED** |

**CERTAIN DEFENDANTS' RULE 12(b)(2) MOTION TO DISMISS THE COMPLAINT
FOR LACK OF PERSONAL JURISDICTION**

Defendants UnitedHealth Group Incorporated (**UHG**), Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc. move to dismiss the Complaint for lack of personal jurisdiction, on the following grounds:

1. The Court lacks personal jurisdiction over UHG, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc. under Mississippi's long-arm statute. *See* Miss. Code Ann. § 13-3-57. The State sued UHG and Optum, Inc. only in their capacity as corporate parents of OptumRx—that is not enough for jurisdiction under Mississippi's long-arm statute. And the State fails to allege OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc. individually did anything in Mississippi, let alone allege conduct supporting jurisdiction under the long-arm statute.

2. The Court also lacks personal jurisdiction over UHG, Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc. as a matter of federal due process. All of these entities' headquarters and principal places of business are outside of Mississippi, so none are subject to general personal jurisdiction in Mississippi. And because the

State does not allege suit-related contacts with Mississippi by any of these entities, specific personal jurisdiction is also lacking.

This Motion is brought under Federal Rule of Civil Procedure 12(b)(2). UHG, Optum Inc., OptumInsight Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc. submit an accompanying Memorandum in Support that explains the factual and legal arguments supporting dismissal in greater detail. That Memorandum is incorporated herein by reference.

DATED, this 14th day of July, 2025.

Respectfully submitted,

By: */s/Jeffrey R. Blackwood*
Jeffrey R. Blackwood (MS Bar No. 10613)
Jonathan M. Barnes (MS Bar No. 105659)
Bradley Arant Boult Cummings LLP
One Jackson Place
188 E Capitol Street
Suite 1000
Jackson, MS 39201
Phone: (601) 948-8000
Fax:    (601) 948-3000
jblackwood@bradley.com
jbarnes@bradley.com

Brian D. Boone (*pro hac vice*)
Kyle R. Hair (*pro hac vice*)
ALSTON & BIRD LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Tel: (704) 444-1000
brian.boone@alston.com
kyle.hair@alston.com

D. Andrew Hatchett (*pro hac vice*)
Grace Assaye (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
Tel: (404) 881-7000

andrew.hatchett@alston.com
grace.assaye@alston.com

*Counsel for Optum, Inc., OptumRx, Inc., OptumInsight Life Sciences, Inc., OptumInsight, Inc., UnitedHealth Group, Inc., The Lewin Group, Inc.*