UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

State of Mississippi,

      *Plaintiff*,

v.                                                                                Case No. 3:24-cv-718-KHJ-MTP

Optum, Inc., *et al*.

      *Defendants*.

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

      Defendants Optum, Inc., OptumRx, Inc., OptumInsight Life Sciences, Inc., OptumInsight, Inc., UnitedHealth Group, Inc., The Lewin Group, Inc.,[1] Evernorth Health, Inc., Express Scripts, Inc., Express Scripts Administrators, LLC, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc., and Medco Health Solutions, Inc. move to dismiss the Complaint for failure to state a claim upon which relief can be granted, on the following grounds:

      1.      The State's claims relating to Medicare Part D and ERISA plans fail because they are preempted.

---

[1] Contemporaneously with the filing of this motion and the accompanying memorandum in support, UnitedHealth Group, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc. have filed a motion and memorandum in support seeking dismissal in accordance with Federal Rule of Civil Procedure 12(b)(2). The filing of this motion and memorandum in support is made subject to and without waiving those personal jurisdiction defenses.

2. The State's public-nuisance claim fails because it does not allege any interference with a public right, that Defendants had control of the instrumentality of the alleged nuisance, the requisite special injury, or a plausible claim for punitive damages.

3. The State's negligence claim fails because it does not allege either a cognizable duty or that Defendants proximately caused its alleged injuries.

4. The State's unjust-enrichment claim fails because it does not plausibly allege, in more than conclusory fashion, that Defendants have been unjustly enriched at the State's expense.

5. The State's Mississippi Consumer Protection Act (**MCPA**) claim fails because it does not allege a present or future unfair trade practice, satisfy the heightened pleading requirements for the alleged misrepresentations, or allege facts sufficient to support a violation of the MCPA.

6. The State's claims against certain Defendants fail because the State does not allege any facts supporting corporate-parent liability for the alleged conduct.

This Motion is brought under Federal Rule of Civil Procedure 12(b)(6). Defendants submit an accompanying Memorandum in Support that explains the factual and legal arguments supporting dismissal in greater detail. That Memorandum is incorporated herein by reference.

DATED, this 14th day of July, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Jim Shelson* | */s/ Jeffrey R. Blackwood* |
| Jim Shelson (MS Bar No. 9693) | Jeffrey R. Blackwood (MS Bar No. 10613) |
| CARROLL WARREN & PARKER | Jonathan M. Barnes (MS Bar No. 105659) |
| P.O. Box 1005 | BRADLEY ARANT BOULT |
| Jackson, MS 39215-1005 | CUMMINGS LLP |
| (601) 592-1010 | One Jackson Place |
| jshelson@cwplaw.com | 188 E Capitol Street, Suite 1000 |
| | Jackson, MS 39201 |
| | (601) 948-8000 |

Michael Lyle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I St., N.W., Suite 900
Washington, D.C. 20005
(202) 538-8000
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

*Counsel for Express Scripts, Inc., Express Scripts Pharmacy, Inc., ESI Mail Pharmacy Service, Inc., Evernorth Health, Inc., Express Scripts Administrators, LLC, Express Scripts Specialty Distribution Services, Inc., and Medco Health Solutions, Inc.*

jblackwood@bradley.com
jbarnes@bradley.com
Brian D. Boone (*pro hac vice*)
Kyle R. Hair (*pro hac vice*)
ALSTON & BIRD LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
(704) 444-1000
brian.boone@alston.com
kyle.hair@alston.com

D. Andrew Hatchett (*pro hac vice*)
Grace Assaye (*pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
(404) 881-7000
andrew.hatchett@alston.com
grace.assaye@alston.com

*Counsel for Optum, Inc., OptumRx, Inc., OptumInsight Life Sciences, Inc., OptumInsight, Inc., UnitedHealth Group, Inc., The Lewin Group, Inc.*